UNITED STATES OF AMERICA
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:15CR000109-001 |
| | ) | (Financial Litigation Unit) |
| LACHANDA CLOTIEL PARKS | ) | |
| | ) | |

## ORDER

**THIS MATTER** is before the Court on the handwritten letter, sent by Defendant, Lachanda Clotiel Parks, to the courthouse and received December 12, 2016. (Doc. No. 33). The Court construes Plaintiff's pro se letter as a motion for relief from the restitution imposed in the criminal judgment in this case. Upon consideration of the United States' response to Defendant's letter to suspend restitution payments while participating in the IFRP, Defendant's request violates the principles of the IFRP statute, as 28 C.F.R. §545.11(d) states that where an inmate fails to comply with their financial plan, they lose the corresponding privileges.

**IT IS THEREFORE ORDERED** that the Defendant's motion (Doc. No. 33) to suspend payments is denied without prejudice.

**SO ORDERED.**

Signed: January 5, 2017

Frank D. Whitney
Chief United States District Judge